UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Case No. 8:12-cv-01420-JDW-TGW |
| v. | ) |
| JOHN DOES 1-15, | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF OBJECTION TO DOE 16'S NOTICE OF FILING MOTION TO TRANSFER WITH INCORPORATED MOTION TO TRANSFER AND MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT WITH INCORPORATED MEMORANDUM OF LAW [DKT. 7]**

PLEASE TAKE NOTICE, Plaintiff hereby withdraws its Objection to Doe 16's Notice of Filing Motion to Transfer [Dkt. 7] which was inadvertently filed with an incorrect caption. Contemporaneously herewith, Plaintiff is filing its Notice of Filing Response to Doe 16's Notice of Filing Motion to Transfer.

Dated: September 4, 2012

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile:  (786) 431-2229
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *M. Keith Lipscomb*