UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MALIBU MEDIA, LLC,

           Plaintiff,

vs.                             Case No. 8:12-cv-01420-JDW-TGW

JOHN DOES 1 - 15,

           Defendants.
_____/

## ORDER

**BEFORE THE COURT** is Defendant John Doe 1's Motion to Sever, Dismiss, or Issue Protective Order (Dkt. 8). Upon consideration, the Motion (Dkt. 8) is GRANTED *in part* and DENIED *in part*, such that:

1) The Defendants are SEVERED for the reasons stated in this Court's Order in Case No. 8:12-cv-1667-JDW-MAP.[1]

2) The claims against John Does 2-15 are DISMISSED without prejudice.

3) The Motion for Protective Order is DENIED without prejudice.

4) All other pending motions, if any, are DENIED as moot.

**DONE AND ORDERED** this 10th day of December, 2012.

                                                JAMES D. WHITTEMORE
                                                United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties

---

[1] *See Malibu Media, LLC v. John Does 1 - 28*, Case No. 8:12-cv-1667-JDW-MAP, Dkt. 22 (M.D. Fla. Dec. 6, 2012).